# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-10197GVL1 KKS  
**Case Name:** LOCKEBY, WILLIAM BAKER  
**Period Ending:** 12/31/19  

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 07/28/19 (f)  
**§341(a) Meeting Date:** 09/04/19  
**Claims Bar Date:** 12/19/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2005 Chevrolet Silverado, 185,000 miles. Entire<br>  Orig. Description: 2005 Chevrolet Silverado, 185,000 miles. Entire property value: $4,000.00; Imported from original petition Doc# 1; Exemption: 2005 Chevrolet Silverado 185,000 miles  -  Amount: 1000.00; Exemption: 2005 Chevrolet Silverado 185,000 miles  -  Amount: 3000.00 | 4,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2015 Keystone Cougar, Debtor's homestead. Entire<br>  Orig. Description: 2015 Keystone Cougar, Debtor's homestead. Entire property value: $25,000.00; Imported from original petition Doc# 1; Exemption: 2015 Keystone Cougar Debtor's homestead  -  Amount: 12500.00 | 12,500.00 | 0.00 | | 0.00 | FA |
| 3 | Furnishings in RV<br>  Orig. Description: Furnishings in RV; Imported from original petition Doc# 1; Exemption: Furnishings in RV  -  Amount: 50.00; Exemption: 52'TV  -  Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Grill<br>  Orig. Description: Grill; Imported from original petition Doc# 1; Exemption: Grill  -  Amount: 25.00 | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Toaster oven/microwave<br>  Orig. Description: Toaster oven/microwave; Imported from original petition Doc# 1; Exemption: Toaster oven/microwave  -  Amount: 25.00 | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Computer and printer<br>  Orig. Description: Computer and printer; Imported from | 75.00 | 0.00 | | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 19-10197GVL1 KKS  
**Case Name:** LOCKEBY, WILLIAM BAKER  

**Period Ending:** 12/31/19  

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 07/28/19 (f)  
**§341(a) Meeting Date:** 09/04/19  
**Claims Bar Date:** 12/19/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | original petition Doc# 1; Exemption: Computer and printer - Amount: 75.00 |  |  |  |  |  |
| 7 | 52' TV<br>Orig. Description: 52' TV; Imported from original petition Doc# 1 | 50.00 | 50.00 |  | 0.00 | 50.00 |
| 8 | hand tools<br>Orig. Description: hand tools; Imported from original petition Doc# 1; Exemption: hand tools  -  Amount: 500.00 | 500.00 | 0.00 |  | 0.00 | FA |
| 9 | shotgun pump mossberg 12 guage<br>Orig. Description: shotgun pump mossberg 12 guage; Imported from original petition Doc# 1; Exemption: shotgun pump mossberg 12 guage  -  Amount: 100.00 | 100.00 | 0.00 |  | 0.00 | FA |
| 10 | Beretta 9 mm pistol nano<br>Orig. Description: Beretta 9 mm pistol nano; Imported from original petition Doc# 1; Exemption: Beretta 9 mm pistol nano  -  Amount: 150.00 | 150.00 | 0.00 |  | 0.00 | FA |
| 11 | Sig Sauer 9 mm<br>Orig. Description: Sig Sauer 9 mm; Imported from original petition Doc# 1; Exemption: Sig Sauer 9 mm  -  Amount: 200.00 | 200.00 | 0.00 |  | 0.00 | FA |
| 12 | Taurus 9 mm<br>Orig. Description: Taurus 9 mm; Imported from original petition Doc# 1; Exemption: Taurus 9 mm  -  Amount: 150.00 | 150.00 | 0.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-10197GVL1 KKS  
**Case Name:** LOCKEBY, WILLIAM BAKER  
**Period Ending:** 12/31/19  

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 07/28/19 (f)  
**§341(a) Meeting Date:** 09/04/19  
**Claims Bar Date:** 12/19/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | AR-15<br>   Orig. Description: AR-15; Imported from original petition Doc# 1; Exemption: AR-15  -  Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 14 | 22 caliber rifle<br>   Orig. Description: 22 caliber rifle; Imported from original petition Doc# 1; Exemption: 22 caliber rifle  -  Amount: 25.00 | 25.00 | 0.00 | | 0.00 | FA |
| 15 | 22 caliber pistol<br>   Orig. Description: 22 caliber pistol; Imported from original petition Doc# 1; Exemption: 22 caliber pistol  -  Amount: 75.00 | 75.00 | 0.00 | | 0.00 | FA |
| 16 | pellet rifle<br>   Orig. Description: pellet rifle; Imported from original petition Doc# 1; Exemption: pellet rifle  -  Amount: 5.00 | 5.00 | 0.00 | | 0.00 | FA |
| 17 | clothing<br>   Orig. Description: clothing; Imported from original petition Doc# 1; Exemption: clothing  -  Amount: 25.00 | 25.00 | 0.00 | | 0.00 | FA |
| 18 | Checking & Savings: Campus USA<br>   Orig. Description: Checking & Savings: Campus USA; Imported from original petition Doc# 1; Exemption: Checking & Savings: Campus USA  -  Amount: 175.00 | 175.00 | 0.00 | | 0.00 | FA |
| 19 | FRS Pension Plan defined benefit: University of<br>   Orig. Description: FRS Pension Plan defined benefit: University of Florida; Imported from original petition Doc# | 760.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 19-10197GVL1 KKS  
**Case Name:** LOCKEBY, WILLIAM BAKER  

**Period Ending:** 12/31/19

**Trustee:** (290820)   Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 07/28/19 (f)  
**§341(a) Meeting Date:** 09/04/19  
**Claims Bar Date:** 12/19/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 1; Exemption: FRS Pension Plan defined benefit: University of Florida  -  Amount: 760.00 |  |  |  |  |  |
| 20 | 2019 TAX REFUND (u)<br>57% | 1,400.00 | 1,400.00 |  | 0.00 | 1,400.00 |
| 20 | **Assets**   Totals  (Excluding unknown values) | **$20,590.00** | **$1,450.00** |  | **$0.00** | **$1,450.00** |

**Major Activities Affecting Case Closing:**

2/20/2020-REVIEWED FOR IR  
2/20/2020-EMAILED ATTY FOR RETURN  
9/17/19-APPLY FOR 2019 TAX REFUND-57%

**Initial Projected Date Of Final Report (TFR):**  June 30, 2020      **Current Projected Date Of Final Report (TFR):**  June 30, 2020

_____  
February 24, 2020  
Date

/s/ Theresa M. Bender, Trustee  
_____  
Theresa M. Bender, Trustee